UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO. 2:11-cv-00560-JES-DNF

**JEAN BRIGHT**
on behalf of herself and
all others similarly situated,

      Plaintiffs,

v.

**NCSPLUS INCORPORATED**, and
**CHRISTOPHER REHKOW**, individually,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

      Respectfully submitted,
      **JEAN BRIGHT**

      By: s/ Alex Weisberg
      ALEX D. WEISBERG
      FBN: 0566551
      WEISBERG & MEYERS, LLC
      ATTORNEYS FOR PLAINTIFF

        5722 S. Flamingo Road, Ste. 656
        Cooper City, FL 33330
        (954) 212-2184
        (866) 577-0963 fax
        aweisberg@attorneysforconsumers.com

I HEREBY CERTIFY THAT this Notice was filed on this 10th day of January, 2012, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. Dale Golden, dale.golden@goldenscaz.com.

        By: s/ Alex Weisberg
        ALEX D. WEISBERG
        FBN: 0566551
        WEISBERG & MEYERS, LLC
        ATTORNEYS FOR PLAINTIFFS
        5722 S. Flamingo Road, Ste. 656
        Cooper City, FL 33330
        (954) 212-2184
        (866) 577-0963 fax
        aweisberg@attorneysforconsumers.com