```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

JEAN BRIGHT, on behalf of herself
and all others similarly situated,

                Plaintiff,

vs.                                           Case No.   2:11-cv-560-FtM-29DNF

NCSPLUS, INC. and CHRISTOPHER
REHKOW, individually,

                Defendants.
_____

## ORDER

This matter comes before the Court on review of the file.  On December 20, 2011, plaintiff obtained a Clerk's Entry of Default as to NCSPlus Incorporated, however no further action was taken as to either defendant.  On January 10, 2012, plaintiff filed a Notice of Settlement (Doc. #12) indicating that all claims were resolved and if plaintiff did not seek to reinstate the case within 60 days, the case could be dismissed with prejudice at that time.  The sixty days have passed.  Therefore, the case will be dismissed.

Accordingly, it is now

**ORDERED**:

The case is dismissed with prejudice.  The Clerk shall enter judgment accordingly, terminate all deadlines, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of May, 2013.

                                                          JOHN E. STEELE
                                                          United States District Judge